UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANJANA PATEL and | ) | |
| RAJENDRA PATEL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No: 14-7324 |
| | ) | |
| WENDELLA SIGHTSEEING COMPANY, | ) | |
| INC. and BLOUNT BOATS, INC. | ) | |
| | ) | |
| Defendants, | ) | |

DEFENDANT BLOUNT BOATS, INC.'S
NOTICE OF REMOVAL

Defendant Blount Boats, Inc. ("Blount"), by and through its undersigned counsel,

hereby gives notice of the removal of the above-captioned cause from the Circuit Court of Cook

County, Illinois, County Department, Law Division to the United States District Court for the

Northern District of Illinois, Eastern Division pursuant to 28 U.S.C. §§ 1333, 1441(a), and 1446

and respectfully states to this Court the following:

I.      Background

1.      This case involves allegations relating to an incident occurring August 6, 2012,

when Plaintiffs Ranjana Patel and Rajendra Patel were passengers aboard the *M/V Lila*.

Specifically, Plaintiffs seek damages for personal injuries they allegedly sustained when the *M/V*

*Lila* collided with the docking wall along the Chicago River at 400 North Michigan Avenue, in

Chicago, Illinois.  Plaintiffs have each asserted a claim of negligence against Defendant

Wendella Sightseeing Company, Inc., and claims of products liability or negligence against

Blount.

2.      The case is currently pending in the Circuit Court of Cook County Illinois, County Department, Law Division.  A copy of the Complaint is attached as *Exhibit A*.

3.      As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. §§ 1333, 1441, and 1446 because (i) this Court has original subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1333 and (ii) Defendants have satisfied the procedural requirements for removal.

## II.     Basis for Removal

4.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1333 because this is a civil action arising out of an incident occurring on the Chicago River, a navigable waterway.  The alleged incident has "a potentially disruptive effect on maritime commerce" and "the 'activity giving rise to the [alleged] incident' shows a 'substantial relationship to traditional maritime activity.'"  *Weaver v. Hollywood Casino-Aurora, Inc.*, 255 F.3d 379, 382 (7th Cir. 2001) (quoting *Jerome B. Grubart, Inc. v. Great Lakes Dredge & Dock Co.*, 513 U.S. 527, 531 (1995)).  This action, therefore, falls within the maritime jurisdiction of the United States.

5.      Blount was served with a copy of Plaintiffs' Complaint on August 20, 2014. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) (requiring filing of removal notice within 30 days of service of Complaint).

6.      Venue is proper in this Court because it is the "district and division embracing the place where such action is pending."  *See* 28 U.S.C. § 1446(a); *see also* 28 U.S.C. § 93.

7.      No previous application has been made for the relief requested herein.

8.      No proceedings have been had in the state court action other than the filing of the Complaint and the filing of a Motion to Dismiss Count I by Wendella Sightseeing Company, Inc., since withdrawn.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal has been served on counsel for Plaintiffs, and a copy is being filed with the Clerk of the Circuit Court of Cook County Illinois, County Department, Law Division.

10. Defendant Wendella Sightseeing Company, Inc. has given written consent to the removal of this action, which is attached as *Exhibit B*.

WHEREFORE, Defendant Blount Boats, Inc. respectfully removes this action from the Circuit Court of Cook County Illinois, County Department, Law Division pursuant to 28 U.S.C. § 1441.

Dated: September 19, 2014

Respectfully submitted,

/s/ Nicholas A. Gowen

Nicholas A. Gowen
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
Phone: 312-701-9300
Fax: 312-701-9335
Email: gowen@sw.com

**Of Counsel**
Robert M. Duffy
Megan M. St. Ledger
DUFFY & SWEENEY, LTD.
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Phone: 401-457-1800
Fax: 401-455-0701
Email: rduffy@duffysweeney.com
            mstledger@duffysweeney.com

*Attorneys for Defendant Blount Boats, Inc.*

3

## CERTIFICATE OF SERVICE

I, Nicholas A. Gowen, an attorney, hereby certify that on the 19th day of September, 2014, I served a copy of Blount Boats, Inc.'s Notice of Removal to the following parties listed below.

Michael E. Holden
Romanucci & Blandin, LLC
312 N. Clark Street, Suite 9011
Chicago, Illinois 60606

Dennis Minichello
Marwedel, Minichello & Reeb, P.C.
10 S. Riverside Plaza, Suite 720
Chicago, Illinois  60606

/s/ Nicholas A. Gowen